# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-41-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| RACHEL AILEEN GOODBIRD, | |
| Defendant. | |

Defendant, Rachel Aileen Goodbird, having filed an Unopposed Motion to Appear via Video (Zoom) for Arraignment;

IT IS HEREBY ORDERED the Defendant, Rachel Aileen Goodbird may appear via video using Zoom for the Arraignment, currently scheduled for July 6, 2022, at 10:30 a.m.

DATED this <u>6th</u> day of July, 2022.

John Johnston
United States Magistrate Judge

1