IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RACHEL AILEEN GOODBIRD, Defendant. | CR 22-41-GF-BMM <br><br> ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT |
|---|---|

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated her conditions of release, supported by the attached affidavit of the United States Probation. **IT IS HEREBY ORDERED** that the Clerk of Court issue a **WARRANT**.

DATED this 18th day of July, 2022.

_____
John Johnston
United States Magistrate Judge