# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**RACHEL AILEEN GOODBIRD,**<br><br>Defendant. | CR 22-41-GF-BMM<br><br><br><br>**ORDER** |

The United States filed an unopposed motion pursuant to 18 U.S.C. § 4241(d)(2)(B) and Fed. R. Crim. P. 48(a) to dismiss the indictment against defendant Rachel Aileen Goodbird, without prejudice. For good cause shown, IT IS ORDERED that the June 1, 2022, indictment is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that the Cascade County Detention Center will release the defendant to her mother at 3:00pm on Saturday, June 1, 2024. Plaintiff's Motion (Doc. 64) is HEREBY MOOT.

DATED this 31st day of May 2024.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United State District Court